**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 06-410-01-02-03-M (DAR)** |
| | : | |
| **CHRISTOPHER FLEMING, ET.AL.,** | : | |
| | : | **Magistrate Judge Robinson** |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

Based on the representations in the Government's motion to correct the record and for good cause shown, it is hereby Ordered that the Government's motion, is hereby GRANTED, this _____ day of September, 2006.

It is hereby FURTHER ORDERED that the Government's motion be made a part of the record in this case.  SO ORDERED.

_____
JUDGE DEBORAH A. ROBINSON
Magistrate Judge, United States District Court
    for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Office No. (202) 514-7063
Facsimile   (202) 616-2296
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com

Attorney Danielle C. Jahn
Email: dani_jahn@fd.org

Attorney Joanne D.Slaight
Email: jslaight@att.net

Clerk of the Court
United States District Court
for the District of Columbia